**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KELLEY TROY COOLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No.  11-99 Erie |
| v. | ) | |
| | ) | |
| DR. RICHARD ZEWE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

MEMORANDUM ORDER

This action was received by the Clerk of Court on April 19, 2011 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [ECF No. 53], filed on April 5, 2012, recommended that the Plaintiff's requests for preliminary and permanent injunction [ECF Nos. 39 and 47] be denied.  The parties were allowed fourteen (14) days from the date of service to file objections and no objections were filed.  After de novo review of the documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 24th day of April, 2012;

IT IS HEREBY ORDERED that the Plaintiff's requests for preliminary and permanent injunction [ECF Nos. 39 and 47] are DENIED.

The Report and Recommendation [ECF No. 53] of Magistrate Judge Baxter, filed on April 5, 2012, is adopted as the opinion of the Court.

                 s/ Sean J. McLaughlin
                   United States District Judge

cm: All parties of record
   Susan Paradise Baxter, U.S. Magistrate Judge